■ In the Matter of CHARLES WILLIAMS, Petitioner, v THOMAS LAVALLEY, as Superintendent of Clinton Correctional Facility, Respondent. [5 NYS3d 915]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Clinton County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

Peters, P.J., Garry, Rose and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.